# EXHIBIT F



# Seaside Heights Police Dept
External Officer Report for Incident 17SH13396

**Nature:** DISTURBANCE

**Location:** SSHBO

**Address:** 601 BOARDWALK # JRS; JRS OCEAN GRILL
SEASIDE HEIGHTS NJ 08751

**Offense Codes:** DCON
**Received By:** T Dube
**How Received:** T
**Agency:** P26
**Responding Officers:** S Heckler, A Leahy, L Violante, L Difabio
**Responsible Officer:** A Leahy
**Disposition:** CAM 11/23/17
**When Reported:** 02:02:04 11/23/17
**Occurred Between:** 02:01:59 11/23/17 and 02:01:59 11/23/17

**Assigned To:**
**Detail:**
**Date Assigned:** **/**/**
**Status:**
**Status Date:** **/**/**
**Due Date:** **/**/**

**Complainant:**
- **Last:**
- **First:**
- **Mid:**
- **DOB:** **/**/**
- **Dr Lic:**
- **Address:**
- **Race:**
- **Sex:**
- **Phone:**
- **City:** ,

## Offense Codes
**Reported:**
**Observed:** DCON Disorderly Conduct
**Additional Offense:** DCON Disorderly Conduct

## Circumstances
#N/A Not Applicable

**Responding Officers:**
| Officer | Unit |
|---|---|
| S Heckler | 261435 |
| A Leahy | 263453 |
| L Violante | 260406 |
| L Difabio | 263431 |

**Responsible Officer:** A Leahy
**Received By:** T Dube
**How Received:** T Telephone
**When Reported:** 02:02:04 11/23/17
**Judicial Status:**
**Misc Entry:**

**Agency:** P26
**Last Radio Log:** **:**:** **/**/**
**Clearance:** RPR Report Required
**Disposition:** CAM **Date:** 11/23/17
**Occurred between:** 02:01:59 11/23/17
**and:** 02:01:59 11/23/17

**Modus Operandi:**
**Description:**
**Method:**

12/21/17

## Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|
| 12/02/17 | Name | HAYES, JORDAN R | Arrestee |
| 11/25/17 | Name | BRENNAN, ALEX CITTA | Arrestee |
| 11/24/17 | Name | ALLAM, WESAM S | Arrestee |
| 11/23/17 | Offense | Offense#: 5927 - DP - 1 count | Charged With |
| 11/23/17 | Offense | Offense#: 6129 - DP - 1 count | Charged With |
| 11/23/17 | Offense | Offense#: 6130 - DP - 1 count | Charged With |
| 11/23/17 | Offense | Offense#: 6131 - DP - 1 count | Charged With |
| 11/23/17 | Cad Call | 02:02:04 11/23/17 DISTURBANCE | Initiating Call |

12/21/17

**Narrative**

_____

Responsible LEO:

_____

Approved by:

_____

Date

## Supplement

```
CAD Call info/comments
===================================

report of another disturbance
02:06:48 11/23/2017 - J Weber
1-41M
02:08:07 11/23/2017 - T Dube
s/m 82455.1
02:11:46 11/23/2017 - T Dube
3-41s all together
02:12:17 11/23/2017 - T Dube
s/m 20893.2
02:12:21 11/23/2017 - T Dube
e/m 20893.6
```

## Supplement

ON THE ABOVE DATE AND TIME THIS OFFICER, PTL. DIFABIO HAD RESPONDED WITH MULTIPLE OTHER OFFICERS TO JR'S BAR FOR REPORT OF A FIGHT.  AS I ARRIVED ON SCENE WE MOVED INTO A LARGE CROWD IN FRONT OF THE BAR WHERE IT APPEARED PEOPLE WHERE PUSHING AND SHOVING EACH OTHER.  AS I TURNED AND WAS HELPING TO CALM DOWN A SITUATION BETWEEN TWO OTHER INDIVIDUALS, A MANS ARM REACHED OVER MY RIGHT SHOULDER AND STRUCK A RANDOM MALE WITH A CLOSED FIST TO THE BACK OF THE HEAD.  I QUICKLY TURNED AROUND AND GRABBED THE MAN THAT COMMITTED THE ACT AND PLACED HIM IN HANDCUFFS, CHARGING HIM WITH DISORDERLY CONDUCT, FIGHTING.  THE MAN ARRESTED WAS LATER IDENTIFIED AS MR. WESAM ALLAM, HE STATED THAT HE HAD BEEN STRUCK TWICE PRIOR BY THE MAN HE HAD PUNCHED AND WAS ONLY DEFENDING HIMSELF.  THIS OFFICER DID NOT WITNESS THE PRIOR EVENT ONLY THE INCIDENT I HAD SEEN.  MR. ALLAM WAS PLACED IN THE PATROL VEHICLE AFTER BEING SEARCHED AND TRANSPORTED TO HEADQUARTERS WHERE HE WAS BOOKED AND PROCESSED.  MR. ALLAM WAS LATER RELEASED ON A SUMMONS.

**Supplement**
11/23/2017 02:02:04

ON THAT ABOVE DATE AND TIME, I, PATROL OFFICER ANDREW LEAHY, WAS ON DUTY IN MARKED POLICE VEHICLE NUMBER THIRTEEN (13). WHILE ON PATROL I RESPONDED TO THE AREA OF JR'S BAR LOCATED AT 601 OCEAN TERRACE FOR THE REPORT OF A DISTURBANCE. UPON MY ARRIVAL I WENT TO THE AREA OF THE BOARDWALK WHERE THE DISTURBANCE OCCURRED. AS I APPROACHED I OBSERVED THAT THE DISTURBANCE WAS OVER AND THERE HAD BEEN MULTIPLE ARRESTS. I THEN WENT BACK TO THE AREA WHERE I HAD PARKED MY PATROL VEHICLE. WHILE IN THE AREA OF MY PATROL VEHICLE I SPOKE WITH SEVERAL OTHER OFFICERS WHOM HAD ALSO RESPONDED TO THE DISTURBANCE. A SHORT TIME LATER YELLING WAS HEARD FROM THE SPICY CANTINA BALCONY AND SEVERAL INDIVIDUALS WERE WAVING THERE HANDS AND POINTING TO THE JR'S BALCONY.

AT THIS TIME MYSELF AND SEVERAL OTHER OFFICERS RESPONDED UP THE WALKWAY AND ONTO THE BOARDWALK AREA OF JR'S. AS I REACHED THE TOP OF THE WALKWAY I OBSERVED A MALE (LATER IDENTIFIED AS MR. ALEX BRENNEN) PUSHING AND HOLDING ANOTHER MALE (LATER IDENTIFIED AS MR. JORDAN HAYES) UP AGAINST A RAILING. AT THIS TIME I APPROACHED MR. BRENNEN, GRABBED HIM BY HIS ARM, AND ADVISED HIM TO LET GO OF MR. HAYES. PATROL OFFICER DIFABIO THEN APPROACHED AND ATTEMPTED TO SPEAK WITH THE THE MALES BEFORE PLACING ANOTHER INDIVIDUAL UNDER ARREST. I THEN AGAIN ADVISED MR. BRENNEN TO LET GO OF MR. HAYES. MR. BRENNEN STATED "NO WE'RE FRIENDS" BUT CONTINUED TO PUSH AND HOLD MR. HAYES UP AGAINST THE RAILING. MR. BRENNEN AGAIN STATED "NO" AND WOULD NOT RELEASE HIS GRASP OF MR. HAYES. HE WAS THEN ADVISED THAT HE WAS BEING PLACED UNDER ARREST.

AT THIS TIME HE CONTINUED TO KEEP A GRASP ON MR. HAYES. MYSELF AND PATROL OFFICER MCMILLAN THEN ATTEMPTED TO BREAK THE TWO APART AND PLACE MR. BRENNEN IN HANDCUFFS. MR. BRENNEN FINALLY RELEASED HIS GRASP OF MR. HAYES BUT THEN RESISTED ARREST SPECIFICALLY BY NOT COMPLYING WITH POLICE OFFICER COMMANDS AND PHYSICALLY REFUSING TO PLACE HIS HANDS BEHIND HIS BACK. AFTER SEVERAL SECONDS OF RESISTING ARREST, MR. BRENNEN WAS BROUGHT TO THE GROUND AND HANDCUFFED. IT SHOULD BE NOTED THAT WHILE ON THE GROUND WITH THE MALE A BOTTLE WAS BROKEN IN THE AREA AND THERE WAS CURRENTLY A LARGE CROWD WITHIN AN ARMS REACH OF MYSELF AND MR. BRENNEN.

AFTER BEING HANDCUFFED MR. BRENNEN WAS ASSISTED TO HIS FEET BY MYSELF AND PATROL OFFICER MCMILLAN AND THEN ESCORTED TO A PATROL VEHICLE FOR TRANSPORT TO THE SEASIDE HEIGHTS POLICE HEADQUARTERS.

WHILE PLACING MR. BRENNEN IN THE PATROL VEHICLE, THE MALE MR. JORDAN HAYES WAS NOW YELLING AT MYSELF AND THE OTHER OFFICERS. AT THIS TIME I APPROACHED MR. HAYES WITH SEVERAL OTHER OFFICERS AND ADVISED THE MALE HE NEEDED TO CALM DOWN. MR. HAYES THEN CALMED DOWN AND BEGAN SPEAKING WITH ME AND THE OTHER OFFICERS. A SHORT TIME LATER MR. HAYES AGAIN BEGAN YELLING AND THEN STEPPED IN MY DIRECTION IN AN AGGRESSIVE MANNER.

I THEN PLACED MR. HAYES UNDER ARREST FOR DISORDERLY CONDUCT AND HANDCUFFED HIM UTILIZING THE DOUBLE-LOCKING MECHANISM. MR. HAYES WAS THEN PLACED IN THE REAR OF MY PATROL VEHICLE TO BE TRANSPORTED TO THE SEASIDE HEIGHTS POLICE HEADQUARTERS.

UPON ARRIVAL AT POLICE HEADQUARTERS BOTH MR. HAYES AND MR. BRENNEN WERE BOOKED, PROCESSED, AND LATER RELEASED ON SUMMONS'.

IT SHOULD BE NOTED THAT WHILE ESCORTING MR. BRENNEN INTO THE BOOKING ROOM I OBSERVED HIM TO BE BLEEDING FROM HIS FOREHEAD. MR. BRENNEN WAS ASKED SEVERAL TIMES BY BOTH MYSELF AND OTHER OFFICERS IF HE WANTED MEDICAL ATTENTION FOR HIS INJURY. MR. BRENNEN DENIED MEDICAL TREATMENT EACH TIME HE WAS ASKED.

BOTH MR. BRENNEN AND MR. HAYES HAVE A PENDING COURT DATE OF 12/12/2017 AT 0900 HOURS IN THE SEASIDE HEIGHTS MUNICIPAL COURT.

*External Officer Report for Incident 17SH13396* *Page 7 of 11*

```
*(*(* END REPORT *)*)*
```

12/21/17

**Supplement**